

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| OTIS C. GILLIAM<br>**Appellant** | CIVIL ACTION<br>NO. 05-1530 |
| VERSUS | |
| JO ANNE B. BARNHART<br>COMMISSIONER OF SOCIAL SECURITY<br>**Appellee** | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Gilliam's appeal is GRANTED, the final decision of the Commissioner is REVERSED AND VACATED, and the case is REMANDED for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 29th day of March, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

-17-